| | | | |
|---|---|---|---|
| In The Interest of: A.M.P. | 3375 EDA 2015<br>Affirmed | 07/25/2016 | CP–51–AP–0000610–2015<br>(Philadelphia) |
| In the Interest of: A.M.P. | 3430 EDA 2015<br>Affirmed | 07/25/2016 | CP–51–AP–0000610–2015<br>(Philadelphia) |
| Com. v. Bevins | 3524 EDA 2015<br>Affirmed | 07/25/2016 | CP–46–CR–0004059–2014<br>(Montgomery) |
| Com. v. Williams [51] | 3588 EDA 2015<br>Affirmed | 07/25/2016 | CP–15–CR–0001747–2001<br>(Chester) |
| Com. v. Richardson | 3763 EDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 07/25/2016 | CP–23–CR–0005941–2015<br>(Delaware) |
| Com. v. Psoras | 2096 MDA 2013<br>Affirmed | 07/25/2016 | CP–34–CR–0000078–2010<br>(Juniata) |
| Com. v. Galloway | 1350 MDA 2015<br>Affirmed | 07/25/2016 | CP–36–CR–0003033–2007<br>(Lancaster) |
| Com. v. Frisbie | 1389 MDA 2015<br>Affirmed | 07/25/2016 | CP–08–CR–0000864–2014<br>(Bradford) |
| Com. v. Stewart | 1622 MDA 2015<br>Affirmed | 07/25/2016 | CP–22–CR–0005521–2014<br>(Dauphin) |
| In the Interest of: D.D. | 1766 MDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 07/25/2016 | CP–67–JV–0000429–2015<br>(York) |
| Com. v. Williams | 212 MDA 2016<br>Affirmed | 07/25/2016 | CP–06–CR–0002813–2009<br>(Berks) |
| Big & Little Oil v. Tanglewood | 1813 WDA 2014<br>Reversed and<br>Remanded | 07/25/2016 | 2013–7699<br>(Washington) |
| Com. v. Jones | 865 WDA 2015<br>Affirmed | 07/25/2016 | CP–02–CR–0002915–2008<br>(Allegheny) |
| Folino v. Kaule | 893 WDA 2015<br>Affirmed | 07/25/2016 | GD 13–014163<br>(Allegheny) |
| Com. v. Merschat | 1479 WDA 2015<br>Affirmed | 07/25/2016 | CP–02–CR–0012256–2009<br>(Allegheny) |

51. Petition for reargument denied September 16, 2016.